## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| REGENA CAHILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. _____ |
| | ) | |
| AETNA HEALTH, INC. and | ) | |
| HCA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF NORTH CAROLINA )
                             ) ss:
COUNTY OF GUILFORD )

### DECLARATION OF CHERYL PERMAR

1.     My name is Cheryl Permar.  I am employed by Aetna Life Insurance Company ("Aetna") and my job duties and responsibilities include work for Aetna and its affiliates.

2.     I am a Plan Sponsor Liaison for Aetna and am familiar with how Aetna maintains copies of benefit plans and related documents, including the Summary Plan Description for HCA.  HCA's Summary Plan Description is for those participants that are covered through HCA's self-funded plan which is administered by Aetna.

3.     In 2009, Regena Cahill was covered through the self-funded plan as an employee of HCA.  A true and accurate copy of the applicable HCA Summary Plan Description is attached hereto as Exhibit "1."  HCA established and maintained this medical plan for the benefit of its employees and their dependents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of June, 2014, at Guildford County, North Carolina

_Cheryl Permar_
CHERYL PERMAR