# CIVIL SUMMONS
## STATE OF TENNESSEE
## MAURY COUNTY

G.S.II-08R Civil Summons

*If you have a disability & require assistance, please Call 931-375-1100*

DOCKET # GPt2 2014CV 741

**PLAINTIFF:** Regena Cahill
**ADDRESS:** c/o Trent Lehman

VS.

**DEFENDANT:** Aetna Health, Inc.
**ADDRESS:** c/o CT Corporation System, 800 S. Gay Street, Suite 2021, Knoxville TN 37929

**DEFENDANT:** HCA Inc.
**ADDRESS:** c/o CT Corporation System, 800 S. Gay Street, Suite 2021, Knoxville, TN 37929

Reset for (1) _____
(2) _____
(3) _____
(4) _____

I certify that I have served this Summons by reading same to all Defendants named above or by _____

Date: _____, 20___
By: _____
Sheriff / Deputy Sheriff / Constable

**To Any Lawful Officer to Execute and Return:**

Summon each Defendant to appear before the Judge of the **General Sessions Court Part II, Mt. Pleasant, Maury County, Tennessee**, on the 26th day of June, 2014, at 8:30 A.M. to answer the claim by plaintiff(s) for a money judgment of $ TBD under 25,000.00 and the costs of this cause $ _____ by reason of Breach of Contract, Negligent Misrepresentation, Intentional Misrepresentation, Fraud, failure to pay insurance claim, failure to pay medical bills and such other further and general relief as may be awarded

Issued 6-11, 2014

Sandy McLain / Karly Jelly
Clerk, General Sessions Court                db D.C.

## JUDGMENT:

___ Judgment is granted to Plaintiff(s) against Defendant(s) _____ in the amount of $ _____, plus court costs, for which execution may issue, based on  (___) default of Defendant(s)  (___) agreement of parties  (___) trial in Court

___ Case is dismissed (___) with  (___) without prejudice and all costs and taxes are to be paid by Plaintiff, for which execution may issue. Dismissal is based upon:
(___) failure to prosecute the suit by Plaintiff(s)
(___) non-suit by Plaintiff, requested by _____
(___) finding in favor of Defendant(s) after trial

Date: _____ Judge _____

**Plaintiff's Attorney's Name:** Trent Lehman
**Address:** 1646 Westgate Circle, Suite 102, Brentwood, TN 37027
**Telephone:** 615-371-???

**Defendant's Attorney's Name:** _____
**Address:** _____
**Telephone:** _____

Naomi
Answer

**CIVIL SUMMONS**
**STATE OF TENNESSEE**

If you have a disability & require assistance, please Call 931-375-1100

DOCKET# GS2-2010-CV-1450

PLAINTIFF: Maury Regional Medical Center
ADDRESS: c/o Solutia

vs.

DEFENDANT: Regena Cahill
ADDRESS: 1920 Frank Moore Rd. Culleoka, TN 38451
DEFENDANT: SS# xxx-xx-7971
ADDRESS: Emp- Centennial Medical 615-342-1625
Ph# 931-381-7706
DEFENDANT:
ADDRESS:

Reset for (1) ___
(2) ___
(3) ___
(4) ___

I certify that I have served this Summons by reading same to all Defendants named above or by ___ Regena Cahill

Date: Nov 22, 2013
By: ___ 931-446-(...)
Sheriff / Deputy Sheriff / Constable

To Any Lawful Officer to Execute and Return:
Summon each Defendant to appear before the Judge of the General Sessions Court Pod 2, 115 N. Main St., Mt. Pleasant, TN 38474, on the ___ day of Jan, 2013, at 8:30 A.M. to answer the claim by plaintiff(s) for a money judgment of $17,208.00 and the costs of this cause $181.50 by reason of unpaid account plus attorney fee of $2302.00 plus private process fee of $22.00

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office in 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid.

Issued 11-21, 2013
Clerk, General Sessions Court
D.C.

**NOTICE TO THE DEFENDANT(S):** Failure to appear and answer this Summons will result in judgment by default being rendered against you for the relief requested. Tennessee law provides a four thousand ($4,000.00) personal property and five thousand ($5,000.00) homestead exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption rights or how to exercise it, you may wish to seek the counsel of a lawyer.

Plaintiff's Attorney's Name: Jake Hubbell
Address: P.O. Box 669, Columbia, TN 38402
Telephone: 931-388-0250

Defendant's Attorney's Name: ___
Address: ___
Telephone: ___

Case 1:14-cv-00078 Document 1-3 Filed 06/25/14 Page 2 of 2 PageID #: 59