IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REGENA CAHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-00078 |
| ) | Judge Haynes |
| AETNA HEALTH, INC. and HCA, ) | |
| INC., ) | |
| ) | |
| Defendants. | |

## STIPULATION OF VOLUNTARY DISMISSAL

Comes now Plaintiff and Defendants HCA and Aetna Health, Inc., by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and gives notice of a settlement between the parties as to the claims and allegations in Plaintiffs Complaint, and stipulate to voluntary dismissal with prejudice, each party to bear its own costs and attorney fees.

Respectfully submitted,

s/ *J.Trent Lehman*
J. Trent Lehman, Bar No. 22164
Lehman & Lehman
1646 Westgate Circle, Suite 102
Brentwood, TN 37027
Telephone: (615) 371-8999
Fax: (615) 371-8987
trent@jtlehmanlaw.com

*Attorney for Plaintiff*

1

*s/Waverly D. Crenshaw, Jr. by permission JTL*
Waverly D. Crenshaw, Jr. (TN Bar No. 009942)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Phone: 615-244-6380
Fax: 615-244-6804
waverly.crenshaw@wallerlaw.com

*Attorney for Defendants Aetna Health, Inc. and HCA, Inc.*


*s/ Randall A. Constantine by permission JTL*
Randall A. Constantine, Georgia Bar No. 182444
*Pro Hac Vice*
Mazursky Constantine LLC
999 Peachtree Street, Suite 1500
Atlanta, Georgia 30309
Phone: 404-888-8877
Fax: 404-926-2977
rconstantine@mazconlaw.com

*Attorney for Defendant HCA, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been served via the court's electronic filing system upon the following:

Waverly D. Crenshaw, Jr. (TN Bar No. 009942)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Phone: 615-244-6380
Fax: 615-244-6804
waverly.crenshaw@wallerlaw.com

*Attorney for Defendants Aetna Health, Inc. and HCA, Inc.*


Randall A. Constantine, Georgia Bar No. 182444
*Pro Hac Vice*
Mazursky Constantine LLC
999 Peachtree Street, Suite 1500
Atlanta, Georgia 30309
Phone: 404-888-8877
Fax: 404-926-2977
rconstantine@mazconlaw.com

*Attorney for Defendant HCA, Inc.*


on this October 21, 2014.

                                              s/*J. Trent Lehman*