IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REGENA CAHILL,<br><br>　　　Plaintiff,<br><br>v.<br><br><br>AETNA HEALTH, INC. and HCA, INC.,<br><br>　　　Defendants. | Case No. 1:14-cv-00078<br>Judge Haynes |

## ORDER

Before the Court is the parties' joint stipulation of voluntary dismissal of all claims pending in this action. (Docket Entry No. 18). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. Each party shall bear its own costs and attorney's fees..

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the _14th_ day of November, 2014.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　United States District Judge